# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129780

SIMON MESLEH,
      Plaintiff-Appellant,

v

                                         SC: 129780
                                         COA: 262514
                                         Macomb CC: 03-005212-NO

STEPHEN YOUNG and SHARON YOUNG,
      Defendants-Appellees,
and

JASON SAMP,
      Defendant.

_____/

      On order of the Court, the application for leave to appeal the September 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006                                                                             
                                                    Clerk

t0320